# United States District Court District of Columbia District

### 333 Constitution Ave, NW, Washington DC 20001

# Trump - Pence Judiciary Executive Order(s)

### Re: Articles I, II and III authority quo warranto
### Re: SCOTUS USCA-DCC, USDC-DCD all federal and state Chief Judges

# Van Allen v Mueller and Schneiderman, et. al.

## USDC-DCD 18-cv-xxxx

### John G Roberts, Jr referral to Special Three Judge District Court USDC-DCD
### John Jay and George Washington Public Officer Project
#### PO Box 312, 351 North Rd, Hurley, NY 12443  845-389-4366
#### Harold William Van Allen hvanallen@hvc.rr.com

**Original Proceedings:**

**USCA-DCC 18-xxxx; USCAFC 18-1161, USCA-1C 16-1158, USCA2C 16-1023, USCA3C 15-3759, USCA-4C 15-2505, USCA-5C 15-41276, USCA-6C 15-8327, USCA-7C 15-3896, USCA-8C 15-3775, USCA-9C 15-80195, USCA-10C 15-1484. USCA-11C 15-15349, NYSCA**

**In Re: "Natural Born Citizen Party National Committee'**

**In Re: "Harold William Van Allen"**

**See: USDC DCD 17-cv-517 "Van Allen v Roberts, et. al."**

**See: USDC-DCD 16-cv-1426 "Van Allen v Rep Gibson (Faso) et. al.**

**See: USCAAF 16-0413/AR In Re: Strunk, Garvey, and Van Allen**

Case: 1:18-cv-00150       (F Deck)
Assigned To : Jackson, Amy Berman
Assign. Date : 1/18/2018
Description: Pro Se Gen. Civil

**Regarding executive authority over all federal and state chief judiciary proposed "Trump-Pence Executive Order(s)" ordering SCOTUS Chief Judge John Roberts to cease avoiding and immediately define US constitution language "natural born citizen" CINC/POTUS eligibility of all living former presidents (JE Carter, GHW Bush, GW Bush, WJ Clinton, BH Obama, DJ Trump and all living so confirmed federal judicial nominees regarding their past and current judicial authority (quo warranto) NYS statewide federal and New York State elections 1992 (H Ross Perot), 1994 (Robert L Schulz), 1996 (H Ross Perot electoral college delegate), 1997 (Constitutional Convention Question), 1998, 2000, 2002, 2004, 2006, 2008, 2010, 2012, 2014, 2016 and now 2017 (Constitutional Convention Question) -- New York based Hillary R. and William J. et al Clintons' espionage -- unauthorized transfer and storage of electronic classified documents on private non-secure non-government URL/ISP/server(s).**

1/17/2018

JAN 1 8 2018

HW VAN ALLEN
351 NORTH Rd
HURLEY NY
                12443

LEGAL SERVICE
PERSONAL & CONF.

HW VAN ALLEN
351 NORTH Rd
HURLEY NY
                12443

LEGAL SERVICE
PERSONAL & CONF

CHIEF JUDGE
HON MERRICK B. GARLAND
C/O CLERK OF COURT
US COURT OF APPEALS DC CIRCUIT
US COURT HOUSE ROOM
333 CONSTITUTION AVE, NW
WASHINGTON DC
                20001

CHIEF JUDGE
HON BERYL A. HOWELL
C/O CLERK OF COURT
US COURT HOUSE RM 1225
333 CONSTITUTION AVE N.W.
WASHINGTON, DC
                20001

HOWELL AND GARLAND

JUN 18 2018

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

410 0002 4233 8408

102595-02-M-1640
Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent to MERRICK B. GARLAND
Street, Apt. No.; 333 CONSTITUTION Ave
or PO Box No.
City, State, ZIP+4 WASHINGTON DC 20001

PS Form 3811, February 2004   Domestic Return Receipt

7009 3410 0002 4233 8408
7009 3410 0002 4233 8408

**CERTIFIED MAIL™**

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

0002 4233 8415

102595-02-M-1540
Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent to BERYL A. HOWELL
Street, Apt. No.; 333 CONSTITUTION Ave
or PO Box No.
City, State, ZIP+4 WASHINGTON DC 20001

PS Form 3811, February 2004   Domestic Return Receipt

7009 3410 0002 4233 8415
7009 3410 0002 4233 8415

**CERTIFIED MAIL™**

H W VAN AHEN
351 NORTH RD
HURLEY NY
12443

JOHN J. FASO
US REPRESENTATIVE (19-NY)
1616 LONGWORTH HOB
WASHINGTON, DC
20515

LEGAL SERVICE
PERSONAL & CONF

W VAN AHEN
51 NORTH RD
HURLEY NY
12443

CHIEF JUDGE JOHN G. ROBERTS, JR.
C/O CLERK
SUPREME COURT OF THE UNITED STATES
1 FIRST STREET, NE
WASHINGTON, DC
20543

LEGAL SERVICE
PERSONAL & CONF

AN 1 8 2018



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

7009 3410 0002 4233 8323
7009 3410 0002 4233 8323

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

John C. Roberts Chief Justice
Sent To _WASHINGTON DC_
Street, Apt. No.; Scotus 1 First St NE
or PO Box No. _Washington DC 20543_
City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:
John G. Roberts, Jr
Supreme Court of US
1 First St, NE
Washington DC 20543

2. Article Number
(Transfer from service label)    7009 3410

PS Form 3811, February 2004    Domestic Return

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Sent To _John Paso N41E_
Street, Apt. No.; _1616 Loecuenn_
or PO Box No. _WIS if use BW DC 20515_
City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions

7009 3410 0002 4233 8361

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7009 3410 0002 4233 8361

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

H W Van Allen
351 North Rd
Hurley NY 12443

Jefferson B. Sessions, III
US Attorney General
US Dept of Justice
950 Pennsylvania Ave, NW
Washington DC
20530-0001

LEGAL SERVICE
PERSONAL & CONF.

H W Van Allen
351 North Rd
Hurley NY 12443

JAN 18 2018

United States Attorney's Office
555 4th St. NW

Washington DC 20530
(ATTN CHANNING D. PHILLIPS (US ATTORNEY))

LEGAL SERVICE

**CERTIFIED MAIL**

7011 2970 0002 5748 5536
7011 2970 0002 5748 5536

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee (Endorsement Required)

Restricted Delivery Fee (Endorsement Required)

Total Postage & Fees $

Postmark Here

Sent To
US Marshall DCD
Street, Apt. No. or PO Box No.
653 4th St NW
City, State, ZIP+4
Washington DC 20530

PS Form 3800, August 2006    See Reverse for Instructions

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

970 0002 5748 5536

---

**CERTIFIED MAIL**

7009 3410 0002 4233 8354
7009 3410 0002 4233 8354

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee (Endorsement Required)

Restricted Delivery Fee (Endorsement Required)

Total Postage & Fees $

Postmark Here

Jefferson B Sessions III Dist
US AG 950 Pennsylvania
Washington DC 20530-0001

PS Form 3800, August 2006    See Reverse for Instructions

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

3410 0002 4233 8354

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7009 3410 0002 4233 8330
7009 3410 0002 4233 8330

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com™

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Sent To
Donald J. Trump - POTUS
Street, Apt. No.; White House 1600 Pennsylvania
or PO Box No.
City, State, ZIP+4 Washington DC 20500

PS Form 3800, August 2006    See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery Information visit our website at www.usps.com™

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Sent To Michael R. Pence VPOTUS
Street, Apt. No.; or PO Box No. Vice Pennsylvania Ave
City, State, ZIP+4 Washington, DC 20500

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X    ☐ Agent
     ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

10 0002 4233 8347

Domestic Return Receipt

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature
X

B. Received by

D. Is delivery...
   If YES...

3. Service Type
   ☒ C...
   ☐ F...
   ☐ I...

4. Restricted

1. Article Addressed to:
Donald J. Trump
President of United States
White House
1600 Pennsylvania Ave
Washington DC 20500

2. Article Number
(Transfer from service label)    7009 3410 0002

PS Form 3811, February 2004    Domestic Return Receipt

JAN 18 2018

HW Van Allen
351 North Rd
Hurley NY 12443

Legal Service
Personal & Conf

Michael R. Pence
Vice President of the United States
White House
1600 Pennsylvania Ave NW
Washington DC
20500

JAN 18 2018

HW. Van Allen
351 North Rd
Hurley NY
12443

Legal Service
Personal & Conf

Donald J. Trump
President of United States
White House
1600 Pennsylvania Ave, NW
Washington DC
20500

HW VAN ALLEN
351 NORTH RD
HURLEY NY 12443

c/o ATTN CLERK OF COURT
FUR ROBERT A KATZMANN
CHIEF JUDGE
USCA SECOND CIRCUIT
THURGOOD MARSHALL US COURT HOUSE
40 FOLEY SQUARE
NEW YORK, NY
10007

LEGAL SERVICE
PERSONAL & CONF

HW VAN ALLEN
351 NORTH RD
HURLEY, NY
12443

JAN 18 2018

ATTN: CLERK OF COURT
HON. JEFFREY R. HOWARD
CHIEF JUDGE
US COURT APPEALS FIRST CIRCUIT
JOHN J. MOAKLEY US COURT HOUSE
1 COURTHOUSE WAY SUITE 2500
BOSTON, MA
02210

LEGAL SERVICE
PERSONAL + CONF

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent *To* ROBERT A KATZMANN
Street, Apt. No.; or PO Box No. 40 FOLEY SQ
City, State, ZIP+4 NEW YORK NY 10007

PS Form 3800, August 2006 · See Reverse for Instructions

7011 1150 0001 9552 4400

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

0001 9552 4400

PS Form 3811, February 2004 · Domestic Return Receipt · 102595-02-M-1540

---

JAN 18 2018

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL U

| | |
|---|---|
| Postage | |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent *To* JEFFREY R HOWARD
Street, Apt. No.; or PO Box No. USCA-1C 1 COURT HOUSE WAY
City, State, ZIP+4 BOSTON, MA 02210

PS Form 3800, August 2006 · See Reverse for Instructions

7009 3410 0002 4233 8378

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

0002 4233 8378

PS Form 3811, February 2004 · Domestic Return Receipt · 102595-02-M-1540

Case 1:18-cv-00150-ABJ Document 1 Filed 01/18/18 Page 12 of 21

H W VAN ALLEN
351 NORTH RD
HURLEY NY 12443

LEGAL SERVICE
PERSONAL & CONF.

RODGER L. GREGORY
ATTN CHIEF JUDGE - RODGER L. GREGORY
c/o CLERK OF COURT
US COURT OF APPEALS FOURTH CIRCUIT
LEWIS F POWELL JR COURT HOUSE
1100 EAST MAIN ST. SUITE 501

RICHMOND, VA
23219

H W VAN ALLEN
351 NORTH RD
HURLEY NY 12443

LEGAL SERVICE
PERSONAL & CONF.

CHIEF JUDGE
HON D. BROOKS SMITH
c/o OFFICE OF THE CLERK
US COURT OF APPEALS FOR THIRD CIRCUIT
21400 US COURT HOUSE
601 MARKET ST
PHILADELPHIA, PA
19106-1790

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

Total Postage & Fees  $

Sent To  RODGER E. GREGORY

Street, Apt. No.;
or PO Box No.  1100 EAST MAIN ST. SUITE 5??

City, State, ZIP+4  RICHMOND, VA  23219

PS Form 3800, August 2006    See Reverse for Instructions

7008 3410 0002 4233 8385

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

10 0002 4233 8385

Return Receipt    102595-02-M-1540

JAN 1 8 2018

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

Total Postage & Fees  $

Sent To  D. BROOKS SMITH USCA

Street, Apt. No.;
or PO Box No.  601 MARKET ST

City, State, ZIP+4  PHILADELPHIA PA 19106

PS Form 3800, August 2006    See Reverse for Instructions

7008 3230 0001 2480 5322

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

3230 0001 2480 5322

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

HW VAN ALLEN
351 NORTH Rd
HURLEY NY
          12443

LEGAL SERVICE
PERSONAL & CONF

c/o CLERK OF COURT
FOR CHIEF JUDGE R. GUY COLE, JR
USCA FOR SIXTH CIRCUIT
100 EAST FIFTH ST.
CINCINNATI, OHIO
          45202

HW VAN ALLEN
351 NORTH Rd
HURLEY NY
          12443

JAN 18 2018

LEGAL SERVICE
PERSONAL & CONF

CHIEF JUDGE
HON. CARL E. STEWART

c/o OFFICE OF CLERK
USCA FIFTH CIRCUIT
F. EDWARD HEBERT BLDG
600 S. MAESTRI PLACE
NEW ORLEANS, LA
          70130-3408

**Left receipt — COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No
3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

7011 1150 0001 9552 4332

102595-02-M-1540

**SENDER: COMPLETE THIS SECTION** (left)

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent to: R Guy Cole Chief Judge
Street, Apt. No.; or PO Box No. 100 East Fifth St
City, State, ZIP+4 Cincinnati Ohio 45202

PS Form 3800, August 2006   See Reverse for Instructions

7011 1150 0001 9552 4332

JAN 18 20[  ]

CERTIFIED MAIL™

**Right receipt — COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No
3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

7009 3470 0002 4233 8392

102595-02-M-1540

**SENDER: COMPLETE THIS SECTION** (right)

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent to: Carl E Stewart Chief Judge
Street, Apt. No.; or PO Box No. 600 S Maestri Place
City, State, ZIP+4 New Orleans, LA 70130-3408

7009 3470 0002 4233 8392

CERTIFIED MAIL™

H W VAN ALLEN
351 NORTH RD
HURLEY NY
12443

LEGAL SERVICE
PERSONAL & CONF

CHIEF JUDGE
Hon. LAVENSKI R. SMITH
c/o CLERK OF COURT
USCA EIGHTH CIRCUIT
US COURT HOUSE
111 SOUTH 10th ST
Room 24.329
ST. LOUIS, MO. 63102

---

H W VAN ALLEN
351 NORTH RD
HURLEY NY
12443

LEGAL SERVICE
PERSONAL & CONF

CHIEF JUDGE DIANNE P. WOOD

c/o OFFICE OF THE CLERK
USCA SEVENTH CIRCUIT
EVERETT McKINLEY DIRKSEN US COURT HOUSE
219 S. DEARBORN ST.
Room 2722
CHICAGO, IL
60604

Case 1:18-cv-00150-ABJ   Document 1   Filed 01/18/18   Page 16 of 21

## Left receipt

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Postage $

Certified Fee

Return Receipt Fee (Endorsement Required)

Restricted Delivery Fee (Endorsement Required)

Total Postage & Fees $

Sent To: Hon LAZESKI R. SMITH
Street, Apt. No.; or PO Box No. 111 S. 10th St
City, State, ZIP+4 ST Louis, MO 63102

PS Form 3800, August 2006   See Reverse for Instructions

7011 1150 0001 9552 4356
7011 1150 0001 9552 4356

CERTIFIED MAIL™

### Delivery section
COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

0001 9552 4356

...rn Receipt   102595-02-M-1540

## Right receipt

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Postage

Certified Fee

Return Receipt Fee (Endorsement Required)

Restricted Delivery Fee (Endorsement Required)

Total Postage & Fees $

Sent To: Chief Judge Diane P Wood
Street, Apt. No.; or PO Box No. 219 S. Dearborn St
City, State, ZIP+4 Chicago IL 60604

PS Form 3800, August 2006   See Reverse for Instructions

7011 1150 0001 9552 4349
7011 1150 0001 9552 4349

CERTIFIED MAIL™

### Delivery section
COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

1150 0001 9552 4349

Domestic Return Receipt   PS Form 3811, February 2004   102595-02-M-1540

Case 1:18-cv-00150-ABJ   Document 1   Filed 01/18/18   Page 18 of 21

H W VAN ALLEN
351 NORTH Rd
HURLEY NY 12443

LEGAL SERVICE

PERSONAL & CONF.

c/o CLERK OF COURT

CHIEF JUDGE
HON TIMOTHY M. TYMKOVICH
USCA TENTH CIRCUIT
1823 STOUT ST
DENVER, CO
80202

H W VAN ALLEN
351 NORTH Rd
HURLEY NY
12443

JAN 16 2018

LEGAL SERVICE

PERSONAL + CONF.

CHIEF JUDGE
HON SIDNEY R. THOMAS
c/o CLERK OF COURT
US COURT OF APPEALS NINTH CIRCUIT
US COURT HOUSE
95 7th ST.
SAN FRANCISCO, CA
94103

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Sent To: Hon Timothy M Tymkovich
Street, Apt. No.; or PO Box No. 1823 Stout St.
City, State, ZIP+4 Denver, CO 80202

7011 1150 0001 9552 4363

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes
0001 9552 4363

102595-02-M-1540

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Sent To: Office of the Clerk Sidney R Thomas
Street, Apt. No.; or PO Box No. 95 7th St
City, State, ZIP+4 San Francisco CA 94103

7005 3110 0003 3482 3703

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes
3110 0003 3482 3703

102595-02-M-1540

PS Form 3811, February 2004    Domestic Return Receipt



H W VAN ALLEN
351 NORTH Rd
HURLEY NY 12443

LEGAL SERVICE
PERSONAL & CONF.

CHIEF JUDGE
HON. ED CARNES
C/O CLERK OF COURT
USCA FOR ELEVENTH CIRCUIT
US COURT HOUSE
56 FORSYTH ST. NW
ATLANTA, GA
30303

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage | $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees | $

Postmark
Here

Sent To  Hon ED CARVES
Street, Apt. No.;
or PO Box No.  55  FORSYTH ST. Nw
City, State, ZIP+4  ATLANTA, GA  30303

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by ( Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
   ☒ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
   0001 9552 4370

7011 1150 0001 9552 4370
7011 1150 0001 9552 4370